UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERRA ENERGY, LLC | * | CIVIL ACTION No. 06-9217 |
| | * | (ALL CASES) |
| VERSUS | * | |
| | * | SECTION "C" |
| WADI PETROLEUM, INC. | * | |
| AND | * | JUDGE BERRIGAN |
| BRAMMER ENGINEERING, INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE KNOWLES |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants and Counter-Claimants Wadi Petroleum, Inc. ("Wadi") and Brammer Engineering, Inc. ("Brammer"), which, for the reasons set forth in the accompanying memorandum and pursuant to Fed. R. Civ. P. 56, request that this Court enter summary judgment against Plaintiff enTerra Energy, L.L.C, ("enTerra") dismissing its claims in their entirety, and granting Wadi's and Brammer's request for declaratory judgment that enTerra is in non-consent status pursuant to the applicable Joint Operating Agreements, and request for declaratory judgment ordering enTerra to sign and execute the necessary document assigning to Wadi its 15% interest in well no. State Lease 18076 #2.

WHEREFORE, for the foregoing reasons, and as more fully set forth in the accompanying memorandum, Wadi and Brammer pray that this Court grant their Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56.

Respectfully submitted,

/s/ Phillip J. Antis, Jr.
Loulan J. Pitre, Jr., T.A. (Bar #17749)
Phillip J. Antis, Jr. (Bar #29067)
GORDON ARATA MCCOLLAM DUPLANTIS
 & EAGAN, LLP
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone:  (504) 582-1111
Facsimile:  (504) 582-1121

Attorneys for Defendants, Wadi Petroleum, Inc. and Brammer Engineering, Inc.

CERTIFICATE OF SERVICE

I certify that, on this 28th day of August, 2007, a copy of the foregoing Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Phillip J. Antis, Jr.