UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERRA ENERGY, LLC | * | CIVIL ACTION No. 06-9217 |
| | * | (ALL CASES) |
| VERSUS | * | |
| | * | SECTION "C" |
| WADI PETROLEUM, INC. | * | |
| AND | * | JUDGE BERRIGAN |
| BRAMMER ENGINEERING, INC. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE KNOWLES |

## STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 56.1, Defendants and Counter-Claimants Wadi Petroleum, Inc. ("Wadi") and Brammer Engineering, Inc. ("Brammer") hereby submit this Statement of Undisputed Facts in support of their Motion for Summary Judgment.

1. Wadi, Brammer and enTerra, Energy, L.L.C. ("enTerra") are parties to a Joint Operating Agreement covering the "Bayou Perot Prospect," located in Jefferson and Lafourche Parishes, Louisiana.

2. Wadi, Brammer and enTerra are parties to a Joint Operating Agreement covering "Prospect 87 South," located in Lafourche Parish, Louisiana.

3. The Bayou Perot Prospect Joint Operating Agreement and the Prospect 87 South Joint Operating Agreement (collectively, the "JOA's") at issue in this dispute name Wadi as operator, and name Brammer as Wadi's agent operator.

4. enTerra is one of several non-operating parties named in the JOA's at issue in this dispute.

5. Well no. SL 18076 #2 was drilled pursuant to the "Bayou Perot Prospect" JOA.

6. Well no. LDF #2 was drilled pursuant to the "Prospect 87 South" JOA.

7. Operations on well no. SL 18076 #2 commenced on September 12, 2006.

8. Drilling on well no. SL 18076 #2 was completed on October 11, 2006, and the well began producing on the same day.

9. Operations on well no. LDF #2 were commenced on September 28, 2006.

10. Well no. LDF #2 reached total depth on October 11, 2006.

11. Well no. LDF #2 was the Initial Well on Prospect 87 South.

                                                Respectfully submitted,

                                                /s/ Phillip J. Antis, Jr.
Loulan J. Pitre, Jr., T.A. (Bar #17749)
Phillip J. Antis, Jr. (Bar #29067)
GORDON ARATA MCCOLLAM DUPLANTIS
  & EAGAN, LLP
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121

Attorneys for Defendants, Wadi Petroleum, Inc. and Brammer Engineering, Inc.

### CERTIFICATE OF SERVICE

       I certify that, on this 28th day of August, 2007, a copy of the foregoing Statement of Undisputed Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                /s/ Phillip J. Antis, Jr.