UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERRA ENERGY, LLC | * | CIVIL ACTION NO. 06-9217 |
| | * | (Document applies to All Cases) |
| | * | |
| VS. | * | SECTION "C" |
| | * | |
| WADI PETROLEUM, INC. | * | JUDGE BERRIGAN |
| AND | * | |
| BRAMMER ENGINEERING, INC. | * | MAGISTRATE KNOWLES |

********************************

## RESPONSE TO STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 56.2, plaintiff, enTerra Energy, LLC ("enTerra"), hereby submits the following response to the Statement of Undisputed Facts of defendants to set forth material facts as to which there exist genuine issues to be tried, to-wit:

1. Wadi, Brammer and enTerra Energy, L.L.C. ("enTerra") are parties to a Joint Operating Agreement covering the "Bayou Perot Prospect," located in Jefferson and Lafourche Parishes, Louisiana.

    Response: This allegation is in dispute as shown by defendants' Exhibit "A" and the Affidavit of David Rose attached hereto.

2. Wadi, Brammer and enTerra are parties to a Joint Operating Agreement covering "Prospect 87 South," located in Lafourche Parish, Louisiana.

    Response: This fact is undisputed.

3. The Bayou Perot Prospect Joint Operating Agreement and the Prospect 87 South Joint Operating Agreement (collectively, the "JOA's") at issue in this dispute name Wadi as operator, and name Brammer as Wadi's agent operator.

    Response: There is no such Bayou Perot Prospect Joint Operating Agreement. See Response No. 1. Therefore, the allegation as to it is in dispute. It is undisputed that the Prospect 87 South Joint Operating Agreement named Wadi as operator and Brammer as Wadi's agent-operator.

4. enTerra is one of several non-operating parties named in the JOA's at issue in this dispute.

   Response: There is no such Bayou Perot Prospect Joint Operating Agreement. See Response No. 1. Therefore, the allegation as to it is in dispute. It is undisputed that the Prospect 87 South Joint Operating Agreement named enTerra as one of several non-operating parties.

5. Well no. SL 18076 #2 was drilled pursuant to the "Bayou Perot Prospect" JOA.

   Response: There is no such JOA. See Response No. 1. Therefore, this allegations is in dispute.

6. Well no. LDF #2 was drilled pursuant to the "Prospect 87 South" JOA.

   Response: This fact is undisputed.

7. Operations on well no. SL 18076 #2 commenced on September 12, 2006.

   Response: This fact is undisputed.

8. Drilling on well no. SL 18076 #2 was completed on October 11, 2006, and the well began producing on the same day.

   Response: These facts are undisputed.

9. Operations on well no. LDF #2 were commenced on September 28, 2006.

   Response: This fact is undisputed.

10. Well no. LDF #2 reached total depth on October 11, 2006.

    Response: This fact is undisputed.

11. Well no. LDF #2 was the Initial Well on Prospect 87 South.

    Response: This fact is undisputed.

Additionally, enTerra sets forth material facts as to which there exist genuine issues to be tried, but which were not listed in the Statement of Undisputed Facts of defendants, to-wit:

12. Does Article XV, paragraph H, of the "Bayou Perot Prospect" JOA apply to Replacement Wells?

13. Is Article XV, paragraph H, of the "Bayou Perot Prospect" JOA so manifestly unreasonable as to be contrary to public policy?

14. Did enTerra, Wadi and Brammer agree to a delay in payment of costs under the Lease No. 18,076 No. 1 Well?

15. Is Article XV, paragraph H, of the "Prospect 87 South" JOA so manifestly unreasonable as to be contrary to public policy?

Respectfully submitted,

/s/ Thomas C. McKowen, IV
William S. Strain (LSB No. 12522), Trial Attorney
Thomas C. McKowen, IV (LSB No. 7566)
STRAIN, DENNIS & BATES, L.L.P.
318 St. Charles Street
Baton Rouge, Louisiana 70802
Phone: (225) 343-0100
Fax: (225) 343-0344

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Statement of Undisputed Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 9th day of October, 2007.

/s/ Thomas C. McKowen, IV
Thomas C. McKowen, IV

H:\enTerra\Response to Statement of Undisputed Facts.wpd